UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MENDOZA and LINDA MENDOZA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive,<br><br>Defendants | CASE NO.: 2:17-cv-1958-JAK(MRWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

Because this matter has been dismissed with prejudice, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and against plaintiffs Ramon Mendoza and Linda Mendoza on the Complaint and all causes of action alleged therein;

2. Plaintiffs shall take and recover nothing in this action from defendant Wells Fargo; and

3. As the prevailing party, Wells Fargo shall be entitled to seek the recovery of costs and attorney's fees to the extent there is a legal and factual basis for each such request.

**IT IS SO ORDERED.**

DATED: June 30, 2017

**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**